ACCEPTED
01-15-00807-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 9:18:51 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00806-CR, 01-15-00807-CR

### In The Court of Appeals
### For the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 9:18:51 PM
CHRISTOPHER A. PRINE
Clerk

### John Michael Enard
*Appellant / Applicant*

**v.**

### The State of Texas
*Appellee*

---

### Motion Requesting the Consolidation of Cause Nos. 01-15-00806-CR and 01-15-00807-CR with the Previously-Filed Appeal of Appellant's Writ of Habeas Corpus in Cause No. 14-15-00766-CR

---

Appellant John Enard requests that this Court consolidate this appeal with the appeal of Appellant's pretrial writ in Cause No. Cause No. 14-15-00766-CR. In support of this motion, Appellant would show as follows.

### Grounds Supporting Request for Briefing

1. In Cause 1453912, Appellant filed a voluminous application for writ of habeas corpus challenging the validity of his indictment in Cause Number 1439251 and the constitutionality of multiple sections of Chapter 841 of the Texas Health & Safety Code (2011 version) as well as the agency rules criminally enforced under Sections 841.082(a)(4) and 841.085.[1] Appellant's application

---

[1] While Appellant's case was pending, significant changes were made to Chapter 841. Act of May 21, 2015, 84th Leg., R.S., ch. 845, § 19, 2015 Tex. Gen. Laws 2700 et seq. This writ of habeas corpus challenges the only the former law, which applied to Appellant's case.

for writ of habeas corpus was denied on the merits on August 24, 2015, and Appellant timely filed notice of appeal the same day.

2. On September 3, 2015, Appellant pled guilty in a unitary proceeding to Failure to Comply with Civil Commitment Conditions and with Failure to Register as a Sex Offender Cause Numbers 1375416 and 1439251, and was sentenced to two years in each case. During the proceeding, Appellant re-urged the objections raised in the writ of habeas corpus. Appellant was granted leave to appeal the new issue raised in the unitary proceeding (equal protection) as well as the issues raised in the writ of habeas corpus. Appellant timely filed notice of appeal on September 8, 2015.

3. The issues raised at the unitary proceeding add a single claim (equal protection), but otherwise are identical to the issues raised in the writ of habeas corpus. Consolidating the appeal in these cases with the appeal in Cause No. 14-15-00766-CR would avoid the unnecessary duplication of efforts and would promote judicial economy.

**PRAYER**

**WHEREFORE**, Appellant prays that this Court order briefing in this case and consolidate these cases with the appeal in Cause No. 14-15-00766-CR.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Nicolas Hughes
**NICOLAS HUGHES**
Assistant Public Defender
Harris County Texas
1201 Franklin Street, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 386-9278 fax
TBA No. 24059981
nicolas.hughes@pdo.hctx.net

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion Requesting the Consolidation of Cause Nos. 01-15-00806-CR and 01-15-00807-CR with the Previously-Filed Appeal of Appellant's Writ of Habeas Corpus in Cause No. 14-15-00766-CR (Enard) has been served upon the Harris County District Attorney's Office – Appellate Section, on September 24, 2015, by electronic service.

/s/ Nicolas Hughes
**NICOLAS HUGHES**
Assistant Public Defender